## Commonwealth *v.* Himes, Appellant.

Argued April 16, 1975. *David G. Matson*, with him *Jeffrey A. Gelnette*, for appellant; *J. Kipp Lukehart*, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hiznaneck, Appellant.

Argued April 18, 1975. *Dante G. Bertani*, Public Defender, with him *Duke George, Jr.*, and *John W. Peck, II*, Assistant Public Defenders, for appellant; *Morrison F. Lewis, Jr.*, Assistant District Attorney, and *Albert M. Nichols*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.